IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60386
Summary Calendar
_____

EULALIO MONTESINO-TORRES,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

--------------------
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A70 436 313
--------------------
April 13, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Eulalio Montesino-Torres petitions for review of the order of the Bureau of Immigration Appeals (BIA) dismissing his appeal from the decision of the Immigration Judge (IJ) denying his application for asylum and withholding of deportation. Montesino contends that the BIA erred by dismissing his appeal because he established a well-founded fear of persecution due to his union activities. The decision of the BIA and IJ that Montesino did not have a well-founded fear of persecution is supported by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

substantial evidence in the record.  *Faddoul v. INS*, 37 F.3d 185, 188 (5th Cir. 1994).

PETITION DENIED.